### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS & CEMENT MASONS )
#90 HEALTH & WELFARE FUND, )
By and through its Board of Trustees, )
  )
and )
  )
EMPLOYERS & CEMENT MASONS )          Case No. 15-cv-00179-JPG-SCW
#90 PENSION FUND, )
  )
     Plaintiffs, )
  )
vs. )
  )
EDWARDS-KAMADULSKI, LLC, )
  )
     Defendant. )

## MEMORANDUM AND ORDER

This matter comes before the court on the Plaintiffs' Motion (Doc. 8) for Accounting. Defendant did not file a response and the Court notes that Defendant Edwards-Kamadulski, LLC, has been defaulted and the default notice served on the defendant on April 30, 2015.

Plaintiffs' motion states that they are unable to determine the specific amounts due and owing (other than attorney's fees) in which to seek default judgment. Federal Rule of Civil Procedure 55(b)(2)(B) provides that the Court, in order to effectuate judgment, may conduct a hearing or make referrals to determine the amount of damages.

As such, Plaintiffs' Motion (Doc. 8) for Accounting is **GRANTED**. Defendant is **DIRECTED** to provide the Plaintiffs, within **30 days** of this order, remittance reports reflecting hours worked by its employees for which fringe benefits contributions are owed, including but not limited to, all necessary payroll and business records, and monthly contribution reporting forms from August 1, 2014 to current.

Further, Defendant is **DIRECTED** to permit the Plaintiffs to conduct an accounting for contributions owed for the period August 1, 2014 through current.

     **IT IS SO ORDERED.**

     **DATED:**  2/8/2016

                                         *s/J. Phil Gilbert*
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**