IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS #90 PENSION FUND,<br>Plaintiffs,<br><br>v.<br><br>EDWARDS-KAMADULSKI, LLC,<br>Defendant. | Case No. 15–CV–00179–JPG |

## JUDGMENT

This matter having come before the Court, and the defendant having failed to meet its obligations under the Court's Consent Decree,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered for the plaintiffs and against the defendant in the total amount of $3,727.42—that is, $2,651.17 for the outstanding balance under the Consent Decree and $1,076.25 for the plaintiffs' attorney fees.

**Dated: Tuesday, January 12, 2021**          **MARGARET M. ROBERTIE**
                                                                              **CLERK OF COURT**

                                                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**